IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Betty Holland

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   North Carolina

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of North Carolina

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C. R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter
    ☐ G2® Vena Cava Filter
    ☐ G2® Express Vena Cava Filter
    ☐ G2® X Vena Cava Filter
    ☑ Eclipse® Vena Cava Filter
    ☐ Meridian® Vena Cava Filter

1  ☐ Denali® Vena Cava Filter
2  ☐ Other: _____

3  11. Date of Implantation as to each product:
4  September 18, 2013

6  12. Counts in the Master Complaint brought by Plaintiff(s):
7  ☑ Count I: Strict Products Liability – Manufacturing Defect
8  ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
10 ☑ Count III: Strict Products Liability – Design Defect
11 ☑ Count IV: Negligence - Design
12 ☑ Count V: Negligence - Manufacture
13 ☑ Count VI: Negligence – Failure to Recall/Retrofit
14 ☑ Count VII: Negligence – Failure to Warn
15 ☑ Count VIII: Negligent Misrepresentation
16 ☑ Count IX: Negligence *Per Se*
17 ☑ Count X: Breach of Express Warranty
18 ☑ Count XI: Breach of Implied Warranty
19 ☑ Count XII: Fraudulent Misrepresentation
20 ☑ Count XIII: Fraudulent Concealment
21 ☑ Count XIV: Violations of Applicable North Carolina (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
24 ☐ Count XV: Loss of Consortium
25 ☐ Count XVI: Wrongful Death
26 ☐ Count XVII: Survival
27 ☑ Punitive Damages

- 3 -

1      ☐   Other(s): _____ (please state the facts
2                      supporting this Count in the space immediately below)

3 _____
4 _____
5 _____
6 _____
7 _____
8 _____

9    13.   Jury Trial demanded for all issues so triable?
10      ☑   Yes
11      ☐   No

12 RESPECTFULLY SUBMITTED this 16th day of September, 2016.

**JACKSON ALLEN & WILLIAMS, LLP**

By: /s/ Jennifer Williams
Jennifer Williams
John H. "Trey" Allen, III
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219

*Attorneys for Plaintiff*

I hereby certify that on this 16th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Jennifer Williams

- 4 -